34 A.3d 66

Darren JOHNSON, Relator, Petitioner

v.

Michael WENEROWICZ, Respondent.

No. 96 EM 2011.

Supreme Court of Pennsylvania.

Dec. 15, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 15th day of December, 2011, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus, the "Affidavit," and the Application to Expedite are **DENIED.**

34 A.3d 66

Joseph REAVES, Appellant

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Dec. 21, 2011.

No. 41 EAP 2011,

## ORDER

PER CURIAM.

**AND NOW,** this 21st day of December, 2011, the Order of the Commonwealth Court is **AFFIRMED.**